*United States Bankruptcy Court*
*District of New Jersey*
*Clarkson S. Fisher Federal Building*
*United States Courthouse*
*402 East State Street*
*Trenton, New Jersey 08608*

*Kathryn C. Ferguson, USBJ* *(609) 989-0494*

December 3, 2010

Mr. Anthony S. Prisco
Prisco Properties, LLC
2211 Allenwood Road
Wall, New Jersey 07719

Paul Rubin, Esquire
John M. August, Esquire
Herrick Feinstein LLP
One Gateway Center
Newark, New Jersey 07102

Gary N. Marks, Esquire
Norris, McLaughlin & Marcus, P.A.
721 Route 202-206
PO Box 5933
Bridgewater, New Jersey 08807-5933

Fran Steele, Esquire
Office of the United States Trustee
One Newark Center
Newark, NJ 07102

                                              Re:    Prisco Properties, LLC
                                                     Case No. 10-21719

To All Interested Parties:

      Thank you for your submissions addressing the relative benefit to the estate of dismissal or conversion. Having reviewed papers filed by TD North Bank, former counsel to the Debtor, Gary Marks, and by Anthony Prisco as a principal of Prisco Properties LLC, I find that it is in the best

December 3, 2010
Page Two

interest of the estate to dismiss the case. As pointed out by the responding parties, that finding is based on the inability of a Trustee to gain access to sufficient funds to operate the Debtor, the apparent futility of pursuit of third party claims against Matrix Sales Group LLC and the CIT Group, and the cost/benefit ratio of pursuing a claim against TD Bank. The fact that Prisco Properties LLC's counsel has been permitted to withdraw and that an LLC is not permitted to proceed without counsel adds to the conclusion that dismissal of this largely two-party case is in the best interest of the estate.

The court will enter the standard order of dismissal.

*/s/ Kathryn C. Ferguson*
KATHRYN C. FERGUSON
US Bankruptcy Judge